# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ex )
rel. BRADY FOLLIARD, )
  )
        Plaintiff, )
  )     Civil Case No. 07-1969 (RJL)
     v. )
  )
HEWLETT-PACKARD COMPANY, )
  )
        Defendant. )

## FINAL JUDGMENT
(January ___, 2011)

For the reasons set forth in the Memorandum Opinion entered this date, it is

hereby

**ORDERED** that the defendant's Motion to Dismiss [#23] is **GRANTED**, and it is

further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice as to

all parties.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge